UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2009 NOV 19 P 3: 15

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Crim. No. 09 - 184 - B - W |
| v. | )<br>)<br>) |
| BENJAMIN JAMES SMALL, | ) VIOLATION and FORFEITURE:<br>) Title 18, U.S. Code, Section 922(g)(4) |
| Defendant. | ) Title 18, U.S. Code, Section 924(d)<br>) Title 28, U.S. Code, Section 2461(c) |

# INDICTMENT

The GRAND JURY charges:

### COUNT ONE
[18 U.S.C. § 922(g)(4)]

On or about March 23, 2009 in the District of Maine, the defendant,

**BENJAMIN JAMES SMALL,**

having been committed to a mental institution did knowingly possess in and affecting interstate commerce a firearm, that is, a .357 Astra magnum revolver, serial no. R198770,

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

### FORFEITURE ALLEGATION
[18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)]

Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**BENJAMIN JAMES SMALL,**

shall forfeit to the United States, any firearms and ammunition involved in the commission of the offense, including, but not limited to:

(a) a .357 Astra magnum revolver, serial no. R198770; and

(b) 41 bullets of .38 special ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL, this 17 day of November, 2009.

**SIGNATURE REDACTED**
Original on File

*/s/ James L. McCarthy*
(Assistant) United States Attorney
District of Maine

Dated at Bangor, Maine this 19th day of November, 2009.