U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2010 MAR 15  A 10: 40

BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Crim. No.  09 - 184 - B - W |
| ) | |
| BENJAMIN JAMES SMALL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CONDITIONAL AGREEMENT TO PLEAD GUILTY AND AGREMENT TO FORFEIT FIREARM AND AMMUNITION
(Rule 11(a)(2))

**NOW COME** the United States of America, by and through Paula D. Silsby, United States Attorney for the District of Maine, and James M. Moore, Assistant U.S. Attorney, and Benjamin James Small (hereinafter "Defendant"), acting for himself and through his counsel, Virginia G. Villa, Assistant Federal Defender, and hereby enter into the following Agreement:

<u>Conditional Guilty Plea</u>. My plea of guilty to Possession of Firearm after Commitment to Mental Institution in violation of 18 U.S.C. § 922(g)(4) is conditional in that I reserve the right, on appeal from the judgment herein, to review the Court's Order dated February 16, 2010, denying the Defendant's Motion to Dismiss the Indictment.

<u>Forfeiture of Firearm and Ammunition</u>.  I further agree pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) to forfeit to the United States the firearm and ammunition involved in commission of the above offense, specifically an Astra, model .357 6-shot revolver, serial no. R198770, one box containing 41 rounds of Independent .38 special ammunition and five spent cartridges.

DEFENDANT:

I have read this Conditional Agreement to Plead Guilty and Agreement to Forfeit Firearm and Ammunition and have carefully reviewed every part of it. I understand the Conditional Agreement to Plead Guilty and Forfeiture Agreement and I have voluntarily agreed to these terms.

Date: 3/2/10

_____
BENJAMIN JAMES SMALL
Defendant

FOR THE DEFENDANT:

I am legal counsel for BENJAMIN JAMES SMALL. I have carefully reviewed every part of this Conditional Agreement and Forfeiture Agreement consisting of two pages with Mr. SMALL. To my knowledge, the decision of Mr. SMALL to enter into this Conditional Agreement and Forfeiture Agreement is an informed and voluntary one.

Date: 3 Mar 2010

_____
VIRGINIA G. VILLA, Esquire
Attorney for Defendant
Assistant Federal Defender

FOR THE UNITED STATES:

The government hereby consents to the Defendant's conditional plea and forfeiture.

PAULA D. SILSBY
United States Attorney

Date: 9 Mar. 2010

_____
JAMES M. MOORE
Assistant U.S. Attorney

Approved: _____
F. TODD LOWELL
Supervisory Assistant U.S. Attorney

FOR THE COURT:

The Court hereby approves the defendant's conditional plea and forfeiture.

Date: 3/15/2010

_____
JOHN A. WOODCOCK, JR.
United States District Judge